UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| DAVID LYNN BLEVINS | ) | |
| | ) | |
| v. | ) | NO. 2:12-CV-230 |
| | ) | *Collier/Carter* |
| APRIL GRINDSTAFF | ) | |

## MEMORANDUM

This *pro se* prisoner filed a civil rights action under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. On June 7, 2012, the Court entered an order, notifying Plaintiff of certain deficiencies in his lawsuit, specifically the omission of the filing fee or the completed "Certificate" portion of his application, and cautioning him, unless he corrected the deficiencies in a timely manner, the Court would assume he is not a pauper, assess the entire filing fee, and dismiss his case, [Ct. File No. 3]. More than thirty days have passed since entry of the order, and Plaintiff has failed to respond or comply with the order.

Accordingly, Plaintiff is **ASSESSED** the civil filing fee of three-hundred and fifty dollars ($350.00). This action, by separate order, will be DISMISSED WITH PREJUDICE for want of prosecution. Fed. R. Civ. P. 41(b).

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**